AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stampelos, Charles A. | U.S. District Court, Northern District of Florida | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
111 North Adams Street
Tallahassee, Florida 32301-7717

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | State of Florida Retirement - Health Insurance Subsidy (HIS) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stampelos, Charles A. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2017 | State of Florida Retirement - HIS | $1,009.80 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2017 | First American Title Insurance Company - salary (retired Jan. 2017) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Tallahassee State Bank (cash accounts) | A | Interest | L | T | | | | | |
| 2. | Bank of America (cash accounts) | A | Interest | K | T | | | | | |
| 3. | Nationwide (St of Fl. Def.Comp.) NRS Fla. Fixed Fund #1 | E | Interest | O | T | Buy (add'l) | 01/23/17 | M | | |
| 4. | TRowePrice (TRP) (IRA) #2 (H) | | | | | | | | | |
| 5. | -TRP Capital Appreciation | A | Dividend | J | T | | | | | |
| 6. | -TRP Capital Appreciation | | | | | Sold (part) | 01/19/17 | M | | |
| 7. | -TRP Capital Appreciation | | | | | Sold (part) | 08/10/17 | M | | |
| 8. | - Sante Fe Gold Corp | | None | J | T | | | | | |
| 9. | -ELOXX Pharm. Inc. Con SVOND f/k/a Sevion Therapeutics, Inc. | | None | J | T | | | | | |
| 10. | - Mitek | | None | K | T | | | | | |
| 11. | Envision Credit Union (cash account) | A | Interest | J | T | | | | | |
| 12. | See Part VIII (H) | | | | | | | | | |
| 13. | First Am Ins Co Prof Shg Pln (Roll to First Am Ins. Co. 401K Fidelity | | None | | | Closed | 01/13/17 | L | | |
| 14. | First Am Ins. Co 401K Plan (Rollover from item 13 to FIMM) | | | | | Buy (add'l) | 01/19/17 | L | | |
| 15. | | | | | | Sold (part) | 01/23/17 | J | | |
| 16. | | | | | | Distributed (part) | 01/13/17 | J | | |
| 17. | | | | | | Distributed (part) | 05/02/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Distributed | 08/08/17 | J | | |
| 19.  -Vanguard Target 2020 | | None | | | Sold | 05/02/17 | J | | |
| 20.  - Fidelity Govt Inst (FIMM) | B | Dividend | | | Sold | 08/08/17 | O | | |
| 21.  - Fidelity Low Price Stock Fund | | None | | | Sold | 08/08/17 | J | | |
| 22. Charles Schwab IRA Rollover (H) | | | | | | | | | |
| 23. Schwab Cash Reserves (SWSXX) (MM sweep) | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 24. | | | | | Buy (add'l) | 08/17/17 | O | | |
| 25. | | | | | Buy (add'l) | 08/22/17 | J | | |
| 26. | | | | | Sold (part) | 10/05/17 | O | | |
| 27. | | | | | Sold (part) | 10/06/17 | K | | |
| 28. | | | | | Sold (part) | 11/17/17 | J | | |
| 29. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 30. Schwab Val. Adv. (SWVXX ) (MM non-sweep) | A | Dividend | N | T | Buy | 10/04/17 | N | | |
| 31. | | | | | Sold (part) | 11/15/17 | M | | |
| 32. US Bankcorp (USB) | | None | J | T | Buy | 11/15/17 | J | | |
| 33. Valero Energy Corp. (VLO) | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 34. Wheaton Precious Met F (WPM) | A | Dividend | J | T | Buy | 10/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Gold ETF (IAU) | | None | J | T | Buy | 10/04/17 | J | | |
| 36. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 37. Schwab US Dividend (SCHD) | A | Dividend | K | T | Buy | 10/04/17 | K | | |
| 38. | | | | | Buy (add'l) | 11/15/17 | K | | |
| 39. Lord Abbett Short Dur. (LALDX) | A | Dividend | K | T | Buy | 10/04/17 | K | | |
| 40. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 41. Pimco Incm Cl D (PONDX) | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 42. | | | | | Buy (add'l) | 11/15/17 | K | | |
| 43. Prudential High Yield (PHYZX) | A | Dividend | K | T | Buy | 10/04/17 | K | | |
| 44. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 45. Vanguard Short Term (VFSUX) | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 46. | | | | | Buy (add'l) | 11/15/17 | K | | |
| 47. Schwab Fundamental Intl (SFNNX) | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 48. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 49. Schwab Fundamental US (SFLNX) | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 50. | | | | | Buy (add'l) | 11/15/17 | J | | |
| 51. Vanguard Interm Term (VFIDX) | A | Dividend | K | T | Buy | 10/04/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Wells Fargo (cash account) (Closed) | A | Interest | | | Sold | 11/01/17 | J | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In October 2016, an election was made to have the First American Corp. Pension Plan (Plan) rolled over to the First Am. Fin. Corp. 401(k) Savings Plan. See item 31, 06/12/2017 (2016) Fin. Disc. Report. In January 2017, the Plan was rolled over to the 401(k). In January 2017, a separate IRA within Fidelity was created in order to make partial distributions of after-tax dollars within the Plan. There were partial distributions from this separate IRA in January, May 2017, and August 2017. The assests in the Fidelity account were sold on August 8, 2017, the account closed, and the assets rolled over to a new IRA at Charles Schwab.

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 05/07/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Stampelos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544